**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-7729**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

FRANCISCO MORENO SOSA, a/k/a Sld Dft 1, a/k/a
Alex Poncho, a/k/a Franko Hernandez,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western
District of North Carolina, at Shelby.  Lacy H. Thornburg, District
Judge.  (CR-96-48)

───────────────

Submitted:  February 25, 1999        Decided:  March 10, 1999

───────────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Francisco Moreno Sosa, Appellant Pro Se.  Brian Lee Whisler, OFFICE
OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francisco Moreno Sosa appeals the district court's order denying his motion for court-appointed counsel and investigative and expert witnesses to aid in the preparation of a motion for relief under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. See United States v. Sosa, No. CR-96-48 (W.D.N.C. Oct. 27, 1998). We deny Sosa's motion for the apppointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2